

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00055-CR

Gina Janay **POTTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-15-0938
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 24, 2019.

_____
Rebeca C. Martinez, Justice